1010

STATE FARM FIRE & CASUALTY CO., *Respondent*, v. HAM & RYE, LLC, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 05-2-00355-2, Theodore F. Spearman, J., entered August 10, 2006. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt and Quinn-Brintnall, JJ. Now published at 142 Wn. App. 6.

LINDA L. RHYNE, *Respondent*, v. PORTER'S AUTOMOTIVE SERVICE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-07519-0, Theresa B. Doyle, J., entered December 7, 2005. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

THOMAS A. CACCIOLA ET AL., *Appellants*, v. SIMS COMMUNICATIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-22252-4, Carol A. Schapira, J., entered December 16, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Baker and Dwyer, JJ.

BRITANNIA HOLDINGS LIMITED, *Appellant*, v. BERNARD G. GREER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-12120-9, Dean Scott Lum, J., entered March 30, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Grosse, J.